| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on May 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 214730-2<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 | |
| In Re:<br><br>Edith W. Mensah and Emmanuel Mensah | Case No.: 14-21368-RG<br>Chapter 13<br><br>Hearing Date: May 3, 2017<br>Time: 10:30 AM<br><br>Judge: Rosemary Gambardella |

## INTERIM ORDER REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 30, 2017**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Upon the motion of Milstead & Associates, LLC, Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 ("Secured Creditor"), under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as set forth in the motion papers, and the Debtors, Edith W. Mensah and Emmanuel Mensah, by their attorney, Walter D Nealy, Esquire, having filed opposition, and the Court having considered the pleadings and heard argument of counsel and for good cause shown, it is ORDERED as follows:

1.  The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.  Debtors' monthly adequate protection payment shall be in the amount of $2,311.65. The first payment shall be due on May 15, 2017. The Debtors' adequate protection payment shall thereafter be due on the fifteenth of each month.

3.  The Debtors shall file an adversarial complaint against the secured creditor by May 31, 2017.

4.  The hearing on the secured creditor's Motion For Relief From Automatic Stay is adjourned until June 21, 2017 at 10:30 a.m.

5.  All payments are to be forwarded to Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450.

6.  In the event that Debtors are in default on payments pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtors and Debtors' counsel a written notice of default of this Order.  If the default is not cured within ten

days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default. In the event that a notice of default is forwarded, it is agreed that the secured creditor may file a Certification of Default absent a full cure.

7. A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court. A certificate of service shall be filed by counsel for Mortgagee evidencing same.