| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 2147304<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 | Order Filed on February 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Edith W. Mensah and Emmanuel Mensah | Case No.: 14-21368-RG<br>Chapter 13<br><br>**Hearing Date:** ~~March 15, 2017~~<br>~~Time: 10:30 am~~<br><br>Judge: Rosemary Gambardella |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: February 25, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3, Series 2005-WCW3 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtors, Edith W. Mensah and Emmanuel Mensah, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**146 Warren Street, Englewood, NJ 07631**

ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:
Edith W Mensah
Emmanuel Mensah
    Debtors

Case No. 14-21368-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 27, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb        +Edith W Mensah,    Emmanuel Mensah,    146 Warren Street,    Englewood, NJ 07631-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
         Andrew M. Lubin    on behalf of Defendant    SELECT PORTFOLIO SERVICES as servicer for THE BANK OF
          NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS 2004-1
          bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
         Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
          The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc.,
          Asset-Backed Certificates, Series 2005-3 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
         Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New
          York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New
          York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
          YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
          ASSET-BACKED CERTIFICATES, SERIES 2005-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
          YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
          ASSET-BACKED CERTIFICATES, SERIES 2005-3 bankruptcy@feinsuch.com
         Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
          YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
          ASSET-BACKED CERTIFICATES, SERIES 2005-3 bankruptcy@feinsuch.com
         Walter D. Nealy    on behalf of Plaintiff Emmanuel   Mensah nealylaw@gmail.com,
          r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
         Walter D. Nealy    on behalf of Debtor Edith W Mensah nealylaw@gmail.com,
          r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
         Walter D. Nealy    on behalf of Plaintiff Edith W Mensah nealylaw@gmail.com,
          r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
         Walter D. Nealy    on behalf of Joint Debtor Emmanuel   Mensah nealylaw@gmail.com,
          r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                                                               TOTAL: 12