Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  14−21368−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edith W Mensah                             Emmanuel Mensah
   146 Warren Street                        146 Warren Street
   Englewood, NJ 07631                Englewood, NJ 07631

Social Security No.:
   xxx−xx−3318                                  xxx−xx−3525

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    was entered on .

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 22, 2020
JAN: slm

                                                                Jeanne Naughton
                                                                 Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 14-21368-RG
Edith W Mensah                                                  Chapter 13
Emmanuel Mensah
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Apr 22, 2020
                              Form ID: 148             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db/jdb         +Edith W Mensah,   Emmanuel Mensah,    146 Warren Street,    Englewood, NJ 07631-3910
514829222      +AES/Edamerica Pur,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
514899946      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514829231      +Ceylon Leasing LP,   c/o Daniels,Norelli, Scully & Cecere PC,    1 Old Country Road,
                 Carle Place, NY 11514-1801
514838858      +Citibank N.A.,   Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
514829234      +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
514829219      +Forter,Garbus and Garbus,    10 Banta Place,    Hackensack, NJ 07601-5612
514829244      +Hsbc Mortgage Corp Usa,    2929 Walden Avenue,    Depew, NY 14043-2690
514968909       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
514829248      +Micheal Guerra, Court Officer,    PO Box 1130,    Maywood, NJ 07607-7130
514865989      +Nelnet on behalf of College Assist,    College Assist,    1560 Broadway Suite 1700,
                 Denver CO 80202-5159
514829252      +Nissan Motor Acceptanc,    Pob 660366,    Dallas, TX 75266-0366
514835526       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
514829255      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    P O BOX  283,    Trenton, NJ 08695-0283)
514868909       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
514829258      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 22 2020 23:14:47      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2020 23:14:45       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514829227       EDI: BANKAMER.COM Apr 23 2020 02:53:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
514898343       EDI: BANKAMER.COM Apr 23 2020 02:53:00      Bank of America, NA,    4161 Piedmont Pwy,
                 Greensboro, NC  27410
515136299      +EDI: BANKAMER.COM Apr 23 2020 02:53:00      BANK OF AMERICA, N.A.,    400 National Way,
                 Bankruptcy Department Mail Stop CA6-919-,    Simi Valley, CA 93065-6414
514829226      +EDI: BANKAMER.COM Apr 23 2020 02:53:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
514829233       EDI: CITICORP.COM Apr 23 2020 02:53:00      Citi,    CitiCard Credit Services/Centralized Ban,
                 Po Box 20363,    Kansas City, MO 64195
514829235       EDI: CITICORP.COM Apr 23 2020 02:53:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
514829256       EDI: CITICORP.COM Apr 23 2020 02:53:00      Texaco / Citibank,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,    Kansas City, MO 64195
514829230      +EDI: CAPITALONE.COM Apr 23 2020 02:53:00      Cap One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
514836852       EDI: DISCOVER.COM Apr 23 2020 02:53:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
514829236      +EDI: DISCOVER.COM Apr 23 2020 02:53:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
514829237      +EDI: RMSC.COM Apr 23 2020 02:53:00      GECRB / HH Gregg,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514829238      +EDI: RMSC.COM Apr 23 2020 02:53:00      GECRB/Home Design,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
514829239      +EDI: RMSC.COM Apr 23 2020 02:53:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514829240      +EDI: RMSC.COM Apr 23 2020 02:53:00      Gecrb/sleepys,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
514829242      +EDI: HFC.COM Apr 23 2020 02:53:00      Hsbc Bank,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517788044       EDI: IRS.COM Apr 23 2020 02:53:00      INTERNAL REVENUE SERVICE,    COLLECTION DIVISION,
                 P.O. BOX 1299,    Newark, NJ 07101
514829232       EDI: JPMORGANCHASE Apr 23 2020 02:53:00      Chase- Bp,    Po Box 15298,    Wilmington, DE 19850
514829246      +EDI: DAIMLER.COM Apr 23 2020 02:53:00      Mb Fin Svcs,    36455 Corporate Dr,
                 Farmington Hills, MI 48331-3552
514829249      +E-mail/Text: electronicbkydocs@nelnet.net Apr 22 2020 23:14:49      Nelnet,    Attn: Claims,
                 Po Box 17460,    Denver, CO 80217-0460
514898344      +E-mail/Text: bankruptcy@pseg.com Apr 22 2020 23:14:08      PSE&G,    P.O. Box 790,
                 Cranford, NJ 07016-0790
514829253      +EDI: SEARS.COM Apr 23 2020 02:53:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
514829254      +EDI: SEARS.COM Apr 23 2020 02:53:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514829257       EDI: TFSR.COM Apr 23 2020 02:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
```

```
District/off: 0312-2          User: admin                Page 2 of 3                  Date Rcvd: Apr 22, 2020
                              Form ID: 148               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516763753         E-mail/Text: jennifer.chacon@spservicing.com Apr 22 2020 23:15:19
                   The Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
516763754        +E-mail/Text: jennifer.chacon@spservicing.com Apr 22 2020 23:15:19
                   The Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250,   The Bank of New York Mellon,
                   c/o Select Portfolio Servicing, Inc. 84165-0250
514848817         EDI: TFSR.COM Apr 23 2020 02:53:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                   Cedar Rapids, Iowa 52408-8026
514829259        +EDI: WFFC.COM Apr 23 2020 02:53:00      Wellsfargo,    800 Walnut St,   Des Moines, IA 50309-3605
                                                                                                TOTAL: 29
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514829220         Aes/ Edsouth
514829221         Aes/edamerica
514829224         Aes/edfncl
514829225         Aes/edfncl
514898345         SEIU- 1199,   330 West  42 Street,   New York, NJ
cr*               Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,    PO Box 131265,
                   Roseville, MN  55113-0011
514829223*       +AES/Edamerica Pur,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
514829228*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
514829229*       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                   Simi Valley, CA 93062-5170
514829243*       +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
514829245*        INTERNAL REVENUE SERVICE,   P.O. Box 7346,   Philadelphia, PA  19101-7346
514829247*       +Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills, MI 48331-3552
514829250*       +Nelnet,   Attn: Claims,   Po Box 17460,   Denver, CO 80217-0460
514829251*       +Nelnet,   Attn: Claims,   Po Box 17460,   Denver, CO 80217-0460
515955552*        Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
515005727*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,    PO Box 245,
                   Trenton, NJ 08695-0245)
514829241      ##+HFC/Beneficial Mtg Services,   Attn: Bankruptcy,   961 Weigel Dr,   Elmhurst, IL 60126-1058
                                                                                  TOTALS: 5, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
```
          Andrew M. Lubin    on behalf of Defendant    SELECT PORTFOLIO SERVICES as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS 2004-1
           bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc.,
           Asset-Backed Certificates, Series 2005-3 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New
           York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Apr 22, 2020
                              Form ID: 148             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2005-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3 bankruptcy@feinsuch.com

        Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3 bankruptcy@feinsuch.com

        Walter D. Nealy    on behalf of Plaintiff Emmanuel  Mensah nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        Walter D. Nealy    on behalf of Debtor Edith W Mensah nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        Walter D. Nealy    on behalf of Plaintiff Edith W Mensah nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        Walter D. Nealy    on behalf of Joint Debtor Emmanuel  Mensah nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        TOTAL: 12